MARIE A. EUGSTER, petitioner-respondent,

*v.*

BENEDICT EUGSTER, defendant-appellant.

[Decided January 31st, 1918.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Stevenson, whose opinion is reported *ante p. 73.*

*Mr. Isidor H. Brand,* for the respondent.

*Messrs. Queen & Stout,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Stevenson.

*For affirmance*—GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER—13.

*For reversal*—None.